IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 19-35-M-DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DAVID EDWARD HOLCOMB, | |
| Defendant. | |

The United States having moved unopposed to dismiss an item of forfeiture,

IT IS ORDERED that the United States' motion (Doc. 34) is GRANTED.

IT IS FURTHER ORDERED that the $4,280.00 in U.S. Currency listed in the Indictment (Doc. 1) as an item of forfeiture will no longer be forfeited and is dismissed as an item of forfeiture.

DATED this 12 day of November, 2019.

Donald W. Molloy, District Judge
United States District Court